FILED
2009 Dec-10  AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **RONALD B. MYERS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:09-cv-00028-CLS-HGD** |
| | ) | |
| **CONSTANCE REESE, WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## FINAL JUDGMENT

On September 29, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondent.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS the recommendations. Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED and this action DISMISSED.

DONE and ORDERED this 10th day of December, 2009.

United States District Judge